UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ADM INTERNATIONAL SARL | CIVIL ACTION |
| VERSUS | NO. 18-3466<br>c/w 18-8750 and 19-2451 |
| RIVER VENTURES, L.L.C., ET AL | SECTION: L (4) |

J U D G M E N T

Considering the Court's Findings of Fact and Conclusions of Law entered herein on February 28, 2020, accordingly;

**IT IS ORDERED, ADJUDGED AND DECREED** that the Court assigns 80 percent of the fault of the subject vessel collision that occurred on March 19, 2018 to ADM International SARL and 20 percent of the fault of said collision to River Ventures, L.L.C.

**IT IS FURTHER ORDERED** that ADM and River Ventures are responsible for paying Chad Gant, Ingram Barge Company, LLC, and Associated Marine Equipment, LLC in line with their respective apportionments of fault. Additionally, ADM is entitled to recover 20 percent of its Two Hundred Forty-Four Thousand, Three Hundred Thirty-Two and 43/100 ($244,332.43) Dollars in damages from River Ventures, which comes to Forty-Eight Thousand, Eight Hundred Sixty-Six and 48/100 ($48,866.48) Dollars, and River Ventures is entitled to recover 80 percent of its Twenty-Nine Thousand, Sixty-Eight and 43/100 ($29,068.43) Dollars in damages from ADM, which comes to Twenty-Three Thousand, Two Hundred Fifty-Four and 74/100 ($23,254.74) Dollars.

**IT IS FURTHER ORDERED** that the Court awards pre-judgment interest on past damages for ADM and River Ventures at the federal judicial rate from the date of judicial

demand until the date of judgment and notes that the stipulations of damages owed to Chad Gant, Ingram Barge Company, LLC, and Associated Marine Equipment, LLC are inclusive of pre-judgment interest.

**IT IS FURTHER ORDERED** that the Court awards post-judgment interest on the total award amounts at the federal judicial rate from the date of judgment until paid.

New Orleans, Louisiana, this __28th__ day of February, 2020.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**